[No. 22852-1-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. ANGELA M. HELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-01226-4, Daniel J. Berschauer, J., entered January 23, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23071-2-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. WAYNE A. BLOCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-01068-7, Richard D. Hicks, J., entered February 19, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23264-2-II.    Division Two.    July 16, 1999.]

GEORGE REMUND, ET AL., *Respondents*, V. JAMES L. STROUD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-01400-2, James E. Warme, J., entered April 27, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23346-1-II.    Division Two.    July 16, 1999.]

BETTY WALLS, *Appellant*, V. JOHANNES WALLS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11451-8, Rosanne Buckner, J., entered April 17, 1998. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.